UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                           Case No. 8:08-CR-153-T-23EAJ

RAMIRO OSWALDO ROJAS-PARRA
_____/

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M.D. Fla. Rules, and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: March 9, 2010

ELIZABETH A. JENKINS
United States Magistrate Judge

NOTICE

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an a aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. Sec. 636(b)(1)(B), Rule 6.02, M.D.Fla. (Rev. 7/29/92).