UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:08-cr-153-T-23EAJ

RAMIRO OSWALDO ROJAS-PARRA
_____/

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves (Doc. 85) for a preliminary order of forfeiture, which upon entry shall be a final order of forfeiture as to defendant Ramiro Oswaldo Rojas-Parra's right, title, and interest in the following:

> One-half of any and all funds held by Fidelity National Title Insurance Company as Escrow Agent, FL0591005 at Bank United in an escrow account titled in the name of Loft Marina LLP, account number 0657000891, as a deposit by SilverSea, LLC, whose shareholders are Clara Camacho Cardozo and Mauricio De Francisco, for the purchase of Unit 543 at Artech Residences, Miami, Florida.

The United States has established that the funds in the escrow account are traceable to the proceeds of the drug trafficking conspiracy charged in Count One of the Indictment. Accordingly, the United States' motion is **GRANTED**. Pursuant to the provisions of 21 U.S.C. § 853, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, all right, title and interest of defendant Ramiro Oswaldo Rojas-Parra in the funds in the escrow account is forfeited to the United States for disposition according to law.

The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of the property.

ORDERED in Tampa, Florida, on April 26, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

xc: Anita M. Cream, AUSA
 Counsel of Record