UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:08-cr-153-T-23EAJ

RAMIRO OSWALDO ROJAS-PARRA
_____/

**FINAL JUDGMENT OF FORFEITURE**

The United States moves (Doc. 98) pursuant to Rule 32.2(c)(2), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n)(7), as incorporated by 18 U.S.C. § 982(b)(1), for entry of a final judgment of forfeiture as to:

$84,250.00, representing one-half of any and all funds held by Fidelity National Title Insurance Company as Escrow Agent, FL0591005 at Bank United in an escrow account titled in the name of Loft Marina LLP, account number 0657000891, as a deposit by SilverSea, LLC, whose shareholders are Clara Camacho Cardozo and Mauricio De Francisco, for the purchase of Unit 543 at Artech Residences, Miami, Florida.

The April 26, 2010, preliminary order of forfeiture (Doc. 86) forfeits to the United States of America the defendant's interest in the funds. Notwithstanding the requirement that at sentencing the court must ensure the defendant knows of the forfeiture and that the judgment include the forfeiture order directly or by reference, the defendant agreed that the preliminary order of forfeiture would be final as to the defendant at the time of entry. Rule 32.2(b)(4), Federal Rules of Criminal Procedure.

Other than the defendant, only Mauricio De Francisco and Clara Camacho, as Managers of Goldsea, LLC, are known to have alleged an interest in the funds. On June 3, 2010, the United States sent notice to Mauricio De Francisco and Clara Camacho through Jorge A. Fernandez, Esquire, by certified United States mail. On June 10, 2010, certified green cards were received by Mr. Fernandez's office.

On August 23, 2010, the United States received a check for $84,250.00, which was one-half of the funds held by Fidelity National Title Insurance Company for the purchase of Artech Residence Unit 543.

In accordance with 21 U.S.C. § 853(n), from June 24, 2010, through July 23, 2010, the United States published on the official government website, www.forfeiture.gov, notice of the forfeiture and of its intent to dispose of the funds. (Doc. 96). The publication gave notice to all third-parties with a legal interest in the funds to file a petition to adjudicate their interest with the Office of the Clerk, United States District Court, Middle District of Florida, 801 North Florida Avenue, Tampa, Florida 33602, within sixty (60) days of the first date of publication.

To date, no party has filed a petition and the time for filing has expired. Other than Mauricio De Francisco and Clara Camacho, no person or entity is known to have an interest in the funds, and De Francisco and Camacho have consented to the forfeiture. Accordingly, the funds are the property of Ramiro Oswaldo Rojas-Parra.

The United States' motion is **GRANTED**.  Pursuant to Rule 32.2(c)(2), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n)(7), as incorporated by 18 U.S.C. § 982(b)(1), all right, title, and interest in the $84,250.00 is CONDEMNED and FORFEITED to the United States of America for disposition according to law.  Clear title to the funds now vests in the United States of America.

ORDERED in Tampa, Florida, on August 30, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE